UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MEGAN FINNEY,**<br>    Plaintiff<br><br>v.<br><br>**NCC BUSINESS SERVICES, INC.,**<br>    Defendant | CIVIL NO.  3:11-cv-1330(PCD)<br><br><br><br><br>APRIL 23, 2012 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Megan Finney, through her attorney, and the defendant, NCC Business Services, Inc., through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff, Megan Finney**

By  /s/ Daniel S. Blinn
Daniel S. Blinn  (ct 02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
Tel: (860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

**Defendant, NCC Business Services, Inc.**

By  /s/ Michael J. Dugan
Michael J. Dugan  (ct 18669)
Litchfield Cavo LLP
40 Tower Lane, Suite 200
Avon, CT 06001
Tel.  (860) 255-5577
Fax. (860) 255-5566
dugan@litchfieldcavo.com

## CERTIFICATION

     I hereby certify that on this 23rd day of April, 2012, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                         /s/ Daniel S. Blinn
                                         Daniel S. Blinn